**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
  clee@everettdorey.com
18300 Von Karman Avenue, Suite 900
Irvine, California 92612
Phone: 949-771-9233
Fax: 949-377-3110

GARY A. SHEATZ, CITY ATTORNEY, SBN 171753
gsheatz@cityoforange.org
CITY OF ORANGE
300 East Chapman Avenue
Orange, California 92866
(714) 744-5580

Attorneys for Specially-Appearing
Unserved Defendant CITY OF ORANGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARY'S KITCHEN, RICHARD HANCOX, LISA POLLARD, HORACIO AGUILAR, TODD CHRISTOPHER, DON TERRY, and STARLA ACOSTA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ORANGE,<br><br>Defendant. | **Case No. 8:21-CV-01483-DOC (JDE)**<br>Assigned to the Hon. David O. Carter<br><br>**DEFENDANT CITY OF ORANGE'S SUPPLEMENTAL BRIEF PURSUANT TO ORDER (DKT. 27) REGARDING ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

Pursuant to this Court's Order (Dkt. 27), Specially-Appearing, Unserved Defendant City of Orange ("the City") submits this Supplemental Brief regarding the Order to Show Cause Why a Preliminary Injunction Should Not Issue. Specifically, this Brief provides additional information on the City's transition plan to the Continuum of Care model for those patrons, after Mary's Kitchen vacates the property.

## I. INTRODUCTION

The City is dedicated to combatting homelessness and providing essential services to the unhoused. The City's track record of providing financial support and needed resources for the homeless and homeless shelters, including, but not limited to, $1.5 million to the North Orange County Service Planning Area ("North SPA") and its close working relationship with Community Partners, Non-Profits, surrounding Cities and the County cannot be questioned when compared to other cities in the state and country. It is the goal of the City to break the cycle of homelessness and work with community partners to provide a wholistic approach to fighting homelessness. Specifically, the Continuum of Care strategy seeks to move unhoused clients toward stability by providing essential services to battle alcohol and drug addiction, mental health issues, domestic violence and training for re-integration skills. In contrast, Mary's Kitchen's mission is to serve and support "those who do not care to improve their standard of living."

As Pastor Ric Olsen stated in his declaration in support of the City, "it was obvious that some of the efforts of the faith community fell into the category of 'toxic charity' that not only empowered the state of homelessness, but did nothing to help resolve it." Mary's Kitchen's failure to enforce basic rules and work within the Continuum of Care system has inadvertently promoted crime and violence (reported and non-reported), and created an unhealthy and unsafe environment that has drained City resources and harmed the unhoused.

This Court has expressed concern regarding the humane transition of services to the unhoused and those in need during the period following the termination of the License Agreement between Mary's Kitchen and the City. In its Opposition papers, the City attempted to convey the fact that it had, and continues to have, a transition plan for the clientele of Mary's Kitchen in order to transition them humanely from obtaining services from Mary's Kitchen to obtaining essential services from the many service providers within the City-supported Continuum of Care. The City is

one of the leaders in the County in providing services, and partnering and supporting private and non-profit service providers, in order to help the unhoused and those in need.

Despite Mary's Kitchen's unsupported allegations, the termination of the License Agreement will help get people out of homelessness and into housing. Termination of the License Agreement will improve the lives of the unhoused.

The City is prepared with its transition plan to completely take over the services when Mary's Kitchen vacates the property and incorporate Mary's Kitchen's clients into the Continuum of Care to actually assist them with improving their quality of life.

## II.   FURTHER DETAILS REGARDING THE CITY'S TRANSITION PLAN

In partnership with the County of Orange and local non-profit organizations, the City has developed the following plan to provide food, medical support, mail pick-up, shower facilities, and access to laundry services and clothing for unhoused individuals as they transition into the County's Continuum of Care when Mary's Kitchen vacates the property located at 517 W. Struck Ave.  The City has received commitment from the Orange County Health Care Department and local nonprofit groups to assist in providing these transition services.

On average, it takes 0-14 days to transition an individual who has accepted shelter services into a shelter (i.e., HomeAid Orange County, Be Well Orange County, Buena Park Navigation Center, Placentia Navigation Center, and Salvation Army Adult Rehabilitation Center).  To ensure all those who want and accept services have the opportunity to be housed, the City's transition plan and services will be in place for a minimum of 30 days.  For the first 2 weeks, the plan services will be available Monday-Saturday, 9am-3pm, which is the same time that Mary's Kitchen was open to clients.  For the last 2 weeks the plan services will be available Monday-Thursday, 9am-3pm.  Attached hereto as Exhibit "1" is a sample Transition Schedule setting forth the times that each service will be available at the property.

Depending on the demonstrated needs, the transition plan will be extended as needed. Even after this transition period, the City's H.E.A.R.T. team will continue their outreach efforts, including at the property, to meet the described needs.

### Initial Informational Booth To Facilitate Provision of Appropriate Services

The City's Community Services staff will be on site at the property during the operational hours 9am-3pm, which are the hours that Mary's Kitchen was allowed to open to clients in the now-terminated License Agreement. The City's staff will receive all individuals seeking services, document their names and contact info (if available) and ask what services they are looking for. The City's staff will provide, as appropriate, several informational flyers that are available:

- Need Assistance flyer (211 information, HEART team contact info, etc.), which is attached hereto as Exhibit "2";
- Pocket Guide-Resource Directory for North SPA Planning Area (County pamphlet), which is attached hereto as Exhibit "3";
- Mail transition informational flyer, which is attached hereto as Exhibit "4"; and
- List and contact info of local food pantries and medical clinics, which is attached hereto as Exhibit "5".

Based on the individual's needs, staff will direct them to the appropriate services. All services are provided to help individuals in the interim as they transition into the Continuum of Care.

### Shelter Services

If the individual requests shelter services, staff will immediately connect the individual to the City's H.E.A.R.T. team, which will work with the local shelters to place them as soon as possible.

### Food Transition Services

In partnership with Abound Food Care (formerly Waste Not OC), Second

Harvest Food Bank and the Hunger Alliance, the Monkey Business food truck will be on site (517 W. Struck Ave.) from 9:30 a.m. – 12:30 p.m. to provide "Grab-N-Go" nutritious food items.  Should the demand for the food truck decrease and, in the professional determination of the provider, having the food prepared on the truck becomes wasteful, the truck will be replaced with gift cards to local restaurants (i.e., Subway, etc.) while the City works with the individuals to transition into the Continuum of Care.  Food and/or gift cards will be provided to all individuals in need during the transition period.

### Medical Services

The City has partnered with OC Health, Public Health Nurse from the Comprehensive Health Assessment Team-Homeless (CHAT-H) and OC Health Behavioral Health Services and Outreach and Homeless Engagement teams to provide onsite medical assistance for physical, mental and behavioral services up to 3 times/week, depending on need.  (See attached Transition Schedule as Exhibit "1")

### Clothing

In collaboration with 1Church of Orange and its affiliates, those in need of clothing will receive a voucher to a local thrift store.  They can also visit a "pop up" clothing distribution at one of the local churches.  A list of participants will be provided upon request.

### Mail

The City's Community Services staff will be collecting, organizing, and distributing mail for a minimum 30 days to those who are still receiving mail at the 517 W. Struck address.  The designated pick-up hour is between 9:30 – 10:30 a.m., similar to the one-hour per day that Mary's Kitchen's provided for mail pick-up. Arrangements can be made for a special pick-up during operational hours, as needed.  When individuals pick up their mail, they will be given an informational flyer and staff will explain the options to transition to a new address for mail receipt. For those individuals that transition into the Continuum of Care, additional address

options for mail receipt are provided by the County or service provider supporting the individual.

### Shower Services

The City has contacted Royal Restrooms of California and will rent a three stall shower/restroom combo to be available on site during operational hours and offer shower time slots between 9:30 a.m. – 2:30 p.m. available for sign up.

### Laundry Services

The City has collaborated with Lighthouse Laundromat (2117 North Orange-Olive) to purchase vouchers for laundry services to provide to those in need.

## III. FURTHER PLANS TO UTILIZE THE PROPERTY, AS APPROPRIATE, TO PROVIDE SERVICES TO THOSE IN NEED

After the transition of Mary's Kitchen from the property, the City intends to partner with a professional service provider to utilize the property, as determined by the City, in a way to most appropriately provide necessary services to the unhoused and those in need.  The City is already in the process of retaining two full-time Community Outreach staff members to thoroughly evaluate the needs of the unhoused and in-need population of the City in order to develop a plan for the efficient and most impactful provision of services to the community.  Based on such evaluation and plan, the City will be better able to target the actual types of needed services to those who will benefit the most from them.  In any event, the City's plans, with regard to the property, cannot begin until Mary's Kitchen is completely vacated from the property.

## IV. CONCLUSION

The City continues to be dedicated to assisting the unhoused and those in need to enter the Continuum of Care and obtain the necessary services to improve their quality of life and their circumstances.  The City will ensure that the clientele of Mary's Kitchen will receive essential services and transition to new service providers.  However, it is undeniable that Mary's Kitchen is not consistent with the

1  Continuum of Care and while its mission does little to improve its clients'
2  circumstances, its effect has been detrimental to the community and those it serves.
3  As set forth in this Brief, it is the City's intent to work collaboratively with Mary's
4  Kitchen and their counsel to ensure transitioning Mary's Kitchen from City property
5  will improve the lives of the unhoused.

7  DATED: October 20, 2021                    EVERETT DOREY LLP

                                              By: _____
                                              Seymour B. Everett, III
                                              Samantha E. Dorey
                                              Christopher D. Lee
                                              Attorneys for Specially-Appearing
                                              Unserved Defendant Defendant CITY OF
                                              ORANGE

File No. 1052-03

# PROOF OF SERVICE

**Mary's Kitchen v. City of Orange**
**Case No. 8:21-CV-01483-JVS (JDE)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 900, Irvine, CA 92612.

On October 20, 2021, I served true copies of the following document(s) described as:

**DEFENDANT CITY OF ORANGE'S SUPPLEMENTAL BRIEF PURSUANT TO ORDER (DKT. 27) REGARDING ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 20, 2021, at Irvine, California.

/s/ Kristal N. Mauro
Kristal N. Mauro

File No. 1052-03

# SERVICE LIST
## Mary's Kitchen v. City of Orange
## Case No. 8:21-CV-01483-JVS (JDE)

Brooke Weitzman                        *Attorney for Plaintiffs*
Benjamin Davis
Elder Law and Disability Rights Center
1535 E 17th Street, Suite 110
Santa Ana, CA 92705
Phone: 714-617-5353
bweitzman@eldrcenter.org
bdavis@eldrcenter.org

Carol A. Sobel
Law Office of Carol Sobel
1158 26th Street, #552
Santa Monica, CA 90403
Phone: 310-393-3055
carolsobellaw@gmail.com

John P. Given
2309 Santa Monica Boulevard, #438
Santa Monica, CA  90404
Phone: 310 471-8485
john@johngivenlaw.com

Paul Hoffman
John Washington
9415 Culver Blvd., #115
Culver City, CA 90232
Phone: 310-396-0731
hoffpaul@aol.com