**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 21-01483-DOC-JDE               Date: December 10, 2021

Title: MARY'S KITCHEN ET AL. V. CITY OF ORANGE

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER IN RESPONSE TO PLAINTIFF'S REQUEST FOR CEQA HEARING [35]**

   Before the Court is Plaintiff Mary's Kitchen's Request for Hearing (Dkt. 35), in which Plaintiff seeks a hearing on the merits of its California Environmental Quality Act ("CEQA") claims pursuant to California Public Resources Code § 21167.4(a). Under section 21167.4, the Court must establish a briefing schedule and hearing date upon receiving such a request. CAL. PUB. RESOURCES CODE § 21167.4(c).

   Accordingly, the Court requests that the parties meet and confer and submit a proposed briefing schedule and hearing date for the CEQA claims by Friday December 17 at 4:00 pm.

   The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kd

MINUTES FORM 11
CIVIL-GEN