# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYS KITCHEN, et al.<br>Plaintiff(s),<br>v.<br>CITY OF ORANGE<br>Defendant(s). | CASE NUMBER:<br>8:21−cv−01483−DOC−JDE<br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed: 1/7/2022

Document Number(s): 46

Title of Document(s): Request to vacate

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Request to vacate

Proposed Document was not submitted as separate attachment.

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: January 10, 2022

By: */s/ Trina Debose trina_debose@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**