# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARY'S KITCHEN, RICHARD HANCOX, LISA POLLARD, HORACIO AGUILAR, TODD CHRISTOPHER, DON TERRY, and STARLA ACOSTA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ORANGE.<br><br>Defendant. | Case No. 8:21-cv-01483-DOC (JDE)<br>Assigned to the Hon. David O. Carter<br><br>**ORDER EXTENDING TIME FOR DEFENDANT CITY OF ORANGE TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

## ORDER

After consideration of the parties' Joint Stipulation to extend the time for Defendant City of Orange to respond to the First Amended Complaint, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. Defendant City of Orange shall file its responsive pleading to the First Amended Complaint by January 31, 2022.

2. Plaintiffs shall file their Opposition to the Motion to Dismiss the First Amended Complaint by February 14, 2022.

3. The City shall file its Reply to the Opposition to the Motion to Dismiss the First Amended Complaint by February 28, 2022.

4. The hearing for the City's Motion to Dismiss the First Amended Complaint is set on March 14, 2022 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: January 21, 2022         By: *David O. Carter*
                                    Hon. David O. Carter
                                    United States District Court Judge