# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARY'S KITCHEN, RICHARD HANCOX, LISA POLLARD, HORACIO AGUILAR, TODD CHRISTOPHER, DON TERRY, and STARLA ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF ORANGE.<br><br>　　　　Defendant. | **Case No. 8:21-cv-01483-DOC (JDE)**<br>Assigned to the Hon. David O. Carter<br><br>**ORDER ENLARGING PAGE LIMIT FOR BOTH CITY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND PLAINTIFFS' OPPOSITION** |

-1-

# ORDER

After consideration of Defendant City of Orange's Request to enlarge the page limit for the Motion to Dismiss the First Amended Complaint and Plaintiffs' Opposition memoranda of points and authorities, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The parties' opening and opposition memoranda for the Motion to Dismiss the First Amended Complaint shall not exceed 35 pages in length.

**IT IS SO ORDERED.**

Dated: January 27, 2022    By: *David O. Carter*
　　　　　　　　　　　　　　　　Hon. David O. Carter
　　　　　　　　　　　　　　　　United States District Court Judge