**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 21-01483-DOC-JDE Date: June 16, 2022

Title: MARY'S KITCHEN ET AL. V. CITY OF ORANGE

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER CONTINUING HEARING ON MOTION TO DISMISS [53]**

On the Court's own motion, the hearing on Defendant's Motion to Dismiss (Dkt. 53) is **CONTINUED** to July 11, 2022 at 1:30 pm.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu