Brooke Weitzman SBN 301037
Benjamin Davis SBN 311409
Elder Law & Disability Rights Center
1535 E 17th Street, Suite 110
Santa Ana, CA 92705
714-617-5353
bweitzman@eldrcenter.org
bdavis@eldrcenter.org

Carol A. Sobel SBN 84483
Law Office of Carol Sobel
1158 26th Street, $552
Santa Monica, CA 90403
310-393-3055
carolsobellaw@gmail.com

John P. Given SBN 269787
2461 Santa Monica Blvd, #438
Santa Monica, CA 90404
310 471-8485
john@johngivenlaw.com

Paul Hoffman SBN 71244
John Washington SBN 315991
9415 Culver Bl, vd., #115
Culver City, CA 90232
Los Angeles, CA 90064
310-396-0731
hoffpaul@aol.com
jwashington@gmail.com

Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARY'S KITCHEN, RICHARD HANCOX, LISA POLLARD, HORACIO AGUILAR, TODD CHRISTOPHER, DON TERRY, STARLA ACOSTA<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF ORANGE<br><br>      Defendant | CASE: 8:21-cv-01483 DOC JDE<br><br>**SETTLEMENT AGREEMENT** |

i

# SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement ("Agreement") is entered into by and between, on the one hand, Plaintiffs Mary's Kitchen, a non-profit corporation, Richard Hancox, Lisa Pollard, Horacio Aguilar, Todd Christopher, Don Terry, and Starla Acosta, proposed class representatives (collectively, "Plaintiffs") and on the other hand Defendant City of Orange (the "City") (collectively, the "Parties").

The City and Plaintiffs do hereby agree as follows:

## RECITALS

A. WHEREAS Plaintiffs commenced litigation and filed a Complaint in the United States District Court, Case No. 8:21-cv-01483 DOC (JDE) against the City of Orange (the "Action").

B. WHEREAS on or about January 3, 2022, Plaintiffs filed a First Amended Complaint ("FAC").

C. WHEREAS the FAC generally alleges that the City violated Plaintiffs' rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution, the ADA, and various state law claims including that the actions of Defendant toward Plaintiffs constituted ultra vires conduct.

D. On September 17, 2021, the Court issued an order granting the ex parte application for a temporary restraining order enjoining the City from taking any actions to terminate the lease of Mary's Kitchen including but not limited to obstructing Plaintiffs access to the property or preventing provision of food, hygiene, and medical services until the matter could be further litigated at the hearing.

E. Plaintiffs and the City entered into an Agreement on April 21, 2022, whereby the City would provide similar services as those provided by Mary's

SETTLEMENT AGREEMENT - 2

Kitchen from April 21, 2022 until April 21, 2023. This agreement has terminated by its term and the conditions fulfilled by the City.

   F. As of October 2023, despite extensive efforts, Plaintiffs' attorneys have been unable to contact Don Terry and Starla Acosta and therefore dismiss the claims of these two Plaintiffs who will be unable to accept or decline any settlement agreement.

   G. WHEREAS the City denies any wrongdoing with respect to the allegations in the FAC and by entering into this Agreement, the City does not admit any liability, nor does it admit any of the allegations.

   H. WHEREAS Plaintiffs and the City now wish to settle, compromise, and fully resolve their difference regarding the issues in dispute in this action, as well as any claims for damages, attorneys' fees, and/or other costs or expenses incurred in litigating this action as detailed below.

## SETTLEMENT AGREEMENT

  Plaintiffs and the City have agreed to settle, compromise, and resolve all their disputes, claims, and differences now existing, or which might exist regarding all of the allegations and claims in the FAC including the termination of the land use agreement between the City and Mary's Kitchen, the provision of services to unhoused people in the City, and the rights of unhoused people in the City to be in public space while engaged in lawful activity.

   1. Incorporation and Recitals. The above Recital paragraphs A through H are hereby incorporated into this Agreement by reference.

   2. The Site. Pursuant to the Agreement, 517 W. Struck Ave., Orange, California 92867 (the "Site") is no longer at issue. The City now operates all services offered on the Site and Mary's Kitchen does not possess the Site.

SETTLEMENT AGREEMENT - 3

3. The Parties agree that individuals in places that are open to the public and not otherwise subject to valid restrictions (TPM) and who are not engaged in otherwise unlawful activity have a right to be present and remain in such space. The City Attorney agrees to meet with City law enforcement and all individuals directing and/or overseeing the operation of the services at the Struck location or other outreach to the unhoused residents of Orange to advise them as to the laws with regard to public spaces including the right to be in space open to the public.

4. Integration and Modification: This Agreement is the final, entire, and complete Agreement of the Parties with respect to the subject matter of this Action and may only be modified or amended by a written agreement by all the Parties to this Agreement. No verbal agreement or conversation with any officer or employee or either party shall effect or modify in any way the terms and conditions of this Agreement.

5. Payment. Within thirty (30) days of the full execution of this Settlement Agreement, Plaintiffs shall be paid a total of $56,000 as settlement of all claims and awards and damages of any kind and attorney's fees. Payment will be made payable to the Elder Law and Disability Rights Center Trust Account. The Parties agree that Plaintiffs will not move for damages, fees and costs beyond the agreement above. Said sum constitutes a full and complete settlement and compromise of the Action and of all disputed claims against the City in this action.

6. Execution of the Agreement. The Parties agree that this Agreement may be signed in counterparts and by facsimile signatures, each of which shall be deemed an original, and the counterparts together shall constitute one and the same agreement binding on all parties to the Agreement.

7. Dismissal. Plaintiffs and City agree the Court will dismiss the Action with prejudice and will retain jurisdiction only for enforcement of the settlement after the full execution and filing of this Agreement.

SETTLEMENT AGREEMENT - 4

8. W-9. Counsel for Plaintiffs agrees to provide the City a current W-9 Form before any settlement monies can be paid in accordance to paragraph 5 above.

9. Effective Date. Except as otherwise provided in this Agreement, this Agreement shall be effective on the date that it has been fully executed by all Parties.

10. Headings. The paragraph headings in this Agreement are for convenience only and shall not be deemed to affect in any way the language of the provision to which they refer.

11. Severability. In the event that any of the provisions that this Agreement shall be held to be void, voidable, unlawful, or for any reason unenforceable, the remaining portions hereof shall remain in full force and effect.

12. Governing Law. This Agreement and all transactions under this Agreement shall be governed exclusively by and construed in accordance with substantive California law.

/ / /

/ / /

/ / /

SETTLEMENT AGREEMENT - 5

IN WITNESS HEREOF, the parties of this Agreement have caused this Agreement to be executed by their duly authorized representative as of the date first set forth below.

Dated: October 25, 2023      By: _____
                                  Gloria Suess for Mary's Kitchen

Dated: October 20, 2023      By: _____
                                  Richard Hancox

Dated: October 20, 2023      By: _____
                                  Lisa Pollard

Dated: October 20, 2023      By: _____
                                  Horacio Aguilar

Dated: October 20, 2023      By: _____
                                  Todd Christopher

Dated: October 20, 2023      By: _____
                                  Susan Galvan
                                  City of Orange Assistant City Manager

**APPROVED AS TO FORM:**

Dated: October 25, 2023      By: _____
                                  Brooke Weitzman
                                  Attorney for Plaintiffs


                                  CITY OF ORANGE

Dated: October ___, 2023     By: _____
                                  Michael J. Vigliotta
                                  Attorney for Defendant

SETTLEMENT AGREEMENT - 6